Mark J. Blunda, Esq.
(Atty. ID#018641977)
APRUZZESE, McDERMOTT,
MASTRO & MURPHY, P.C.
25 Independence Boulevard
Warren, New Jersey 07059
(908) 580-1776
Attorneys for Defendants
RWJBarnabas Health and
Community Medical Center

| | |
|---|---|
| JULIANN ALTMAN,<br><br>Plaintiff,<br><br>v.<br><br>RWJBARNABAS HEALTH, COMMUNITY MEDICAL CENTER and JANE DOES 1-10, ABC INC(S)1-5, XYZ CORP(S)1-5 (fictitious names unknown)<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - OCEAN COUNTY<br><br>*CIVIL ACTION*<br><br>Docket No.: OCN-L-116-19<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO:   Clerk, Law Division
      Superior Court of New Jersey
      Ocean County Court House
      100 Hooper Avenue
      Toms River, N.J. 08754
      *Via Electronic Filing*

      Mark F. CASAZZA, ESQ.
      RUDNICK, ADDONIZIO, PAPPA & CASAZZA
      25 Village Court
      Hazlet, N.J. 07730
      Attorneys for Plaintiff

Please take notice that on February 14, 2019, Defendants RWJBarnabas Health and Community Medical Center filed a Notice of

Removal (a copy of which is attached) of the above-captioned action from the New Jersey Superior Court, Law Division, Ocean County, Docket No. OCN-L-000116-19, to the United States District Court for the District of New Jersey.

                                        APRUZZESE, McDERMOTT,
                                        MASTRO & MURPHY, P.C.
                                        Attorneys for Defendants
                                        RWJBarnabas Health and
                                        Community Medical Center

                                        By:<u>/s/ **Mark J. Blunda**</u>
                                              Mark J. Blunda, Esq.

Dated:  February 14, 2019